**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES for the use and benefit of** | **PLAINTIFF** |
| **ELLIOTT ELECTRIC SUPPLY, INC.** | |
| | |
| **V.**          **4:12-CV-00310-BRW** | |
| | |
| **CENTRAL INDUSTRIAL ELECTRIC CO., INC.;** | **DEFENDANTS** |
| **W.G. YATES & SONS CONSTRUCTION COMPANY;** | |
| **JOSIE COMPANY, LLC; AND CINCINNATI** | |
| **INSURANCE COMPANY** | |

## ORDER

Pending is Plaintiff's Motion to Dismiss with Prejudice (Doc. No. 8).  Plaintiff states that the case has been settled and should be dismissed.  Accordingly, Plaintiff's Motion to Dismiss is GRANTED, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 15th of August, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE